# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERMAINE RACHARD ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 21-904** |
| **TIMOTHY BERRIAN, ET AL.** | **SECTION: "S"(5)** |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to effect service on Defendants.

New Orleans, Louisiana, this 28th day of September, 2022.

_____
**UNITED STATES DISTRICT JUDGE**